[No. 5773–1.    Division One.    July 10, 1978.]

DONALD WEATHERBY, *Appellant,* v. ELDEN METZGER,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 52907, Jack S. Kurtz, J., entered
June 17, 1977. *Affirmed* by unpublished per curiam opinion.


[No. 5801–1.    Division One.    July 10, 1978.]

ROBERT S. LEVINSON, *Appellant,* v. LARRY BLAKE,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 826896, Stanley C. Soderland and Peter K.
Steere, JJ., entered July 21 and June 24, 1977. *Dismissed*
by unpublished opinion per Farris, C.J., concurred in by
Williams and Dore, JJ.


[No. 2821–2.    Division Two.    July 11, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT L.
WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. C–2892, Robert J. Bryan, J., entered February
22, 1977. *Dismissed* by unpublished opinion per Pearson,
C.J., concurred in by Soule and Ringold, JJ.